UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 7:10-CR-59-1F

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | <u>**ORDER**</u> |
| | ) | |
| **Adam Zachary Johnson** | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Tuesday, March 22, 2011, in Wilmington. The case is hereby CONTINUED to May 9, 2011 term of court in Wilmington, North Carolina.

This the 8th day of March 2011.

_____
James C. Fox
Senior U.S. District Judge