IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-00059-F-1
No. 7:15-CV-00253-F

| | |
|---|---|
| ADAM ZACHARY JOHNSON,<br>            Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>            Respondent. | )<br>)<br>)<br>)<br>)    ORDER<br>)<br>)<br>)<br>)<br>) |

Having examined Petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This 2 day of December, 2015.

                                              _James C. Fox_
                                              JAMES C. FOX
                                              SENIOR UNITED STATES DISTRICT JUDGE