UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-00059-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM ZACHARY JOHNSON | ORDER TO SEAL |

On motion of the Defendant, Adam Zachary Johnson, and for good cause shown, it is hereby ORDERED that the **[DE 68]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __25__ day of March, 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Court Judge